**ST. NICHOLAS CLUB OF CITY OF NEW YORK v. UNITED STATES.**

No. 43005.

Court of Claims.

March 7, 1938.

Llewellyn A. Luce, of Washington, D. C., for plaintiff.

Fred K. Dyar, of Washington, D. C., and James W. Morris, Asst. Atty. Gen. (Robert N. Anderson, of Washington, D. C., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

The facts in this case show that it is governed by the rule laid down in the Chicago Engineers' Club v. United States, 9 F. Supp. 680, 80 Ct.Cl. 615, 621. See, also, Transportation Club of San Francisco v. United States, 17 F.Supp. 201, 84 Ct.Cl. 253.

The petition is dismissed. It is so ordered.